**SO ORDERED.**

**DONE and SIGNED August 2, 2023.**



_____
**JOHN S. HODGE**
**UNITED STATES BANKRUPTCY JUDGE**

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case Number: 19-10377 |
| | § | |
| Yashika K. Jefferson | § | |
| **Debtor** | § | Chapter 13 |
| | § | |
| | § | |

### Order

Before the court is a motion to dismiss filed by Ronnie Nicholson.

For the reasons stated in the Memorandum Ruling,

**IT IS ORDERED** that the motion to dismiss filed as docket no. 112 is hereby **DENIED**.

###